FILED
2007 Apr-30  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JOHN DARRINGTON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **Civil Action Number** |
| vs. ) | **2:05-cv-836-UWC** |
| ) | |
| **WARDEN GWENDOLYN C. MOSELY and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** ) ) ) ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The Court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Consistent with that recommendation, the Court hereby finds that petitioner's petition for writ of habeas corpus is due to be DENIED.

An appropriate order will be entered

Done the 30th day of April, 2007.

U.W. Clemon
United States District Judge